ABRAMSON SMITH WALDSMITH, LLP
WILLIAM B. SMITH [State Bar # 58338]
ROBERT J. WALDSMITH [State Bar # 163774]
JEFFREY R. SMITH [State Bar # 245337]
44 Montgomery Street, Suite 3340
San Francisco, California 94104
Telephone: (415) 421-7995
Facsimile: (415) 421-0912

Attorneys for Plaintiff
RODNEY DOUGLAS ALTMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY DOUGLAS ALTMAN,<br><br>   Plaintiff,<br><br>vs.<br><br>S & S TOWING & TRUCKING SERVICE LLC; GHILOTTI BROTHERS CONSTRUCTION, INC.; JOHN PAUL MAES; and DOES ONE through TWENTY, inclusive<br><br>   Defendants. | Case No. CV 11 3112<br><br>**STIPULATION TO REMAND CASE BACK TO SAN FRANCISCO COUNTY SUPERIOR COURT; [PROPOSED] ORDER** |

Plaintiff Rodney Douglas Altman and defendant S&S Towing and Trucking Service LLC, by and through their respective counsel, hereby agree to stipulate as follows:

**STIPULATION**

1.   On May 1, 2011, plaintiff Rodney Altman commenced an action in the Superior Court of California in and for the County of San Francisco, entitled Rodney Douglas Altman v. S & S Towing and Trucking LLC; Ghilotti Brothers, Inc.; John Paul Maes; and Does one through Twenty, inclusive, as case number CGC-11-510854.

2. On or about June 23, 2011, defendant Louis Chavier dba S & S Towing & Truck Service (erroneously sued as "S & S Tow and Trucking LLC") filed a Notice of Removal of Action under 28 U.S.C. § 1441(b) because the incident of the subject complaint occurred on federal property in the Presidio National Historic Landmark District and the Golden Gate National Recreation Area, managed by the federal Presidio Trust, and under the jurisdiction of the United States Park Police, giving the District Court jurisdiction under 28 U.S.C. 1331.

3. No other defendants have answered plaintiff's complaint.

4. Plaintiff and defendant Louis Chavier dba S & S Towing and Trucking Service, by stipulation, agree that this action should be remanded to the San Francisco Superior Court, wherein plaintiff Rodney Altman will file a First Amended Complaint.

4. Each party shall bear his/her/its own attorneys' fees and costs with respect to the removal and subsequent remand of the Action pursuant to this Stipulation and Order.

5. This Stipulation moots all pending motions before this Court, and all pending deadlines and hearings in this case should be taken of this Court's calendar.

DATED: September 25, 2011        ABRAMSON SMITH WALDSMITH, LLP

                                 WILLIAM B. SMITH
                                 Attorney for Plaintiff RODNEY ALTMAN

DATED: September 21, 2011        HARRINGTON, FOXX, DUBROW & CANTER, LLP

                                 HENRY A. WIRTA, JR.
                                 Attorney for Defendant LOUIS CHAVIER dba
                                 S&S TOWING & TRUCK SERVICE


# ORDER

Good cause appearing, IT IS SO ORDERED THAT:

1. This action immediately be remanded to the San Francisco Superior Court;

2. Each party shall bear his/her/its own attorney's fees and costs with respect to the removal and subsequent remand of the action;

3. All pending motions, deadlines, and hearings before this court are moot and shall be taken off the Court's calendar.

Dated November 18, 2011

_____
JUDGE LAUREL BEELER
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Laurel Beeler*

Stipulation to Remand Case Back to San Francisco County Superior Court; [~~Proposed~~] Order
Case No. CV 11-3112 LB