1  ABRAMSON SMITH WALDSMITH, LLP
   WILLIAM B. SMITH [State Bar # 58338]
2  ROBERT J. WALDSMITH [State Bar # 163774]
   JEFFREY R. SMITH [State Bar # 245337]
3  44 Montgomery Street, Suite 3340
   San Francisco, California 94104
4  Telephone: (415) 421-7995
   Facsimile: (415) 421-0912

5

6  Attorneys for Plaintiff
   RODNEY DOUGLAS ALTMAN

7

8

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11  RODNEY DOUGLAS ALTMAN,              Case No. CV 11 3112

12                Plaintiff,            **STIPULATION TO REMAND CASE
                                        BACK TO SAN FRANCISCO COUNTY
13        vs.                           SUPERIOR COURT; [PROPOSED]
                                        ORDER**
14  S & S TOWING & TRUCKING
    SERVICE LLC; GHILOTTI
15  BROTHERS CONSTRUCTION, INC.;
    JOHN PAUL MAES; and DOES ONE
16  through TWENTY, inclusive

17                Defendants.

18

19

20       Plaintiff Rodney Douglas Altman and defendant S&S Towing and Trucking

21  Service LLC, by and through their respective counsel, hereby agree to stipulate as follows:

22

23

24                          **STIPULATION**

25       1.    On May 1, 2011, plaintiff Rodney Altman commenced an action in the

26  Superior Court of California in and for the County of San Francisco, entitled Rodney

27  Douglas Altman v. S & S Towing and Trucking LLC; Ghilotti Brothers, Inc.; John Paul

28  Maes; and Does one through Twenty, inclusive, as case number CGC-11-510854.

1    2.    On or about June 23, 2011, defendant Louis Chavier dba S & S Towing &

2  Truck Service (erroneously sued as "S & S Tow and Trucking LLC") filed a Notice of

3  Removal of Action under 28 U.S.C. § 1441(b) because the incident of the subject

4  complaint occurred on federal property in the Presidio National Historic Landmark District

5  and the Golden Gate National Recreation Area, managed by the federal Presidio Trust, and

6  under the jurisdiction of the United States Park Police, giving the District Court

7  jurisdiction under 28 U.S.C. 1331.

8    3.    No other defendants have answered plaintiff's complaint.

9    4.    Plaintiff and defendant Louis Chavier dba S & S Towing and Trucking

10  Service, by stipulation, agree that this action should be remanded to the San Francisco

11  Superior Court, wherein plaintiff Rodney Altman will file a First Amended Complaint.

12    4.    Each party shall bear his/her/its own attorneys' fees and costs with respect

13  to the removal and subsequent remand of the Action pursuant to this Stipulation and Order.

14    5.    This Stipulation moots all pending motions before this Court, and all

15  pending deadlines and hearings in this case should be taken of this Court's calendar.

16  DATED: September 25, 2011              ABRAMSON SMITH WALDSMITH, LLP

17

18                                        WILLIAM B. SMITH
                                          Attorney for Plaintiff RODNEY ALTMAN
19

20  DATED: September 21, 2011             HARRINGTON, FOXX, DUBROW &
                                          CANTER, LLP
21

22

23                                        HENRY A. WIRTA, JR.
                                          Attorney for Defendant LOUIS CHAVIER dba
                                          S&S TOWING & TRUCK SERVICE
24

25

26

27

28

1

## **ORDER**

2

3   Good cause appearing, IT IS SO ORDERED THAT:

4     1. This action immediately be remanded to the San Francisco Superior Court;

5     2. Each party shall bear his/her/its own attorney's fees and costs with respect

6   to the removal and subsequent remand of the action;

7     3. All pending motions, deadlines, and hearings before this court are moot and

8   shall be taken off the Court's calendar.

9

10   Dated  November 18, 2011

11              JUDGE LAUREL BEELER

12              United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28